IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS MENDENHALL,<br><br>Defendant. | 9:23-po-05069-KLD<br>Violation: F061000G<br><br>Location Code: M10<br><br>ORDER |

Based upon the motion of the United States pursuant to the agreement between the parties and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendant shall pay $40 in surcharges for violation Number F061000G, Damage to Government Property, in violation of 36 C.F.R. § 261.9(a).

Defendant has previously paid $30.00 to the Central Violations Bureau, and he shall make the remaining payment of $10.00 within 30 days to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check should be made out to the U.S. Courts - CVB.  Payment may also be made online at www.cvb.uscourts.gov.

DATED this \_\_7th\_\_ day of February, 2024.

                                                                    _____  
                                                                    Kathleen L. DeSoto  
                                                                    United States Magistrate Judge